UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-156 |
| : | |
| TRAVIS SWEET, : | |
| : | |
| **Defendant** : | |
| : | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

      Please enter the appearance of undersigned counsel in this case on behalf of Travis Sweet, defendant, effective this date.

      /s/_____
      JOANNE VASCO, ESQUIRE
      4102 Madison Street
      Hyattsville, MD 20781
      301.864.6424
      Attorney for Travis Sweet

[X]    CJA

[ ]    Retained