UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Nos. 06-156 (RCL) |
| | : | |
| TRAVIS SWEET, | : | |
| | : | |
| Defendant | : | |
| | : | |

MOTION IN LIMINE TO PROHIBIT
INTRODUCTION OF AUDIO AND VISUAL RECORDINGS
AND MOTION TO SUPPRESS STATEMENTS

Travis Sweet, through counsel, hereby moves this court to prohibit the introduction of audio and visual recordings containing purportedly containing his image and voice. Mr. Sweet was not charged with engaging in any criminal conduct on January 18, 2006.

1..     Mr. Sweet has been charged with two counts of distribution of cocaine base to a confidential informant on April 25, and May 18, 2006, in the 3300 block of Brothers Place, S.E. Washington, D.C.

2.     Mr. Sweet maintains that none of the recordings contain his image or voice.

3.     Mr. Sweet requests that the court view the recordings purportedly containing his voice and image to determine whether they should be introduced at trial.

4.     Introducing this evidence without a preliminary review by the court would greatly prejudice Mr. Sweet.

5.     After conducting a preliminary review of the information contained on the recordings, should the court find that the recordings do contain the image and voice of Mr. Sweet, this evidence should nevertheless be suppressed as a violation of the Fifth Amendment.

6.      If Mr. Sweet's voice has been recorded by the government, the statements contained within those recordings were involuntarily made to an individual working at the direction of government agents and were the product of coercion, threats, promises, or the exertion of improper influence. *See, generally, Spano v. New York,* 360 U.S. 315, 320-21 (1959); *United States v. Bautista-Avila*, 6 F.3d 1360, 1364 (9th Cir. 1993).

7.      The defendant hereby reserves the right to present further argument and authority in support of the above requests.

`      **WHEREFORE**, for the above reasons, the government should be prohibited from introducing any video or audio representations without prior review by the court and any statements contained therein should be suppressed.

/s/_____
JOANNE VASCO, ESQUIRE
Bar Number 367042
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Travis A. Sweet
(Appointed by the Court)

2