UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Criminal Nos. 06-156 (RCL) |
| : | |
| **TRAVIS SWEET,** : | |
| : | |
| **Defendant** : | |
| : | |

## ORDER

Upon consideration of defendant Sweet's motion to prohibit introduction of video and audio tapes containing his image, and the suppression of any statements contained therein, and any opposition thereto, this _____ day of _____, 2006, the motions are hereby

**GRANTED,** and the government may not introduce at trial video and audio tapes purportedly containing the voice and image of Travis Sweet, and any statements contained therein are hereby suppressed.

ROYCE C. LAMBERTH
United States District Judge