NOV-14-2006  11:07        US ATTORNEYS                        202 514 6010    P.002

### HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED DEC - 1 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-156 |
| vs. | : | SSN: |
| SWEET, Travis | : | Disclosure Date: October 27, 2006 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(X)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         12/1/06         11-14-06
**Prosecuting Attorney**                                **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____       _____  _____
**Defendant**       **Date**        **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 10, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Acting Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                                        Page 2

The Defendant is not entitled to a 2 level adjustment under 3SC1.2. The defendant did not provide the government with a truthful statement regarding the offense as required by 3SC1.2(a)(5).

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11-14-06