UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | |
| : | Criminal Number 06-156 |
| TRAVIS SWEET, : | |
| : | |
| Defendant : | |
| : | |

## NOTICE OF APPEAL

Notice is hereby given that Travis Sweet, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment entered in this action on the 17th day of January, 2007.
.

/s/ _____
JOANNE VASCO
4102 Madison Street
Hyattsville, Maryland 20781
301.864.6424
Attorney for Travis Sweet
(Appointed by the Court)

CJA, no fee
Counsel does not wish to appear on appeal
Counsel has not ordered transcripts
Appeal of sentence